JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH E. ANDERSON, and<br>LOWELL WAYNE ANDERSON,<br><br>Defendants. | CASE NO.  CR02-0423C<br><br>ORDER AMENDING THE PRELIMINARY ORDER OF FORFEITURE OF KEITH E. ANDERSON AND LOWELL WAYNE ANDERSON RE: HOODSPORT, WASHINGTON PROPERTY |

THIS MATTER having come before the Court upon the Petition of John C. Mitchell and Shirley A. Mitchell claiming an interest in the real property located in Hoodsport, Washington as bona fide purchasers for value who were reasonably without cause to believe the property was subject to forfeiture, and the government's Response to the Petition to Adjudicate Validity of Petitioner's Interest in the Real Property in Hoodsport, Washington, and the Court, having fully considered the submissions of the parties and the files and records of this case, it is hereby

ORDERED that the petition of John C. Mitchell and Shirley A. Mitchell is GRANTED.  No other petitioners or claimants have come forward and filed a claim or petition to the real property in Hoodsport, Washington, and the government has stipulated that the petition should be granted.

ORDER AMENDING PRELIMINARY ORDER OF FORFEITURE
RE: HOODSPORT PROPERTY1
CR02-0423

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  The Preliminary Orders of Forfeiture are hereby amended to dismiss the forfeiture
2 of the single family residence located in Hoodsport, Washington, more particularly
3 described as Lot thirty-two (32), Lake Cushman No. 8, Volume 7 of Plats, pages 54 to 59,
4 both inclusive, records of Mason County, Washington. [Parcel No. 42209 51 00032].

5  The United States is directed to file a Release of Lis Pendens within ten (10) days
6 of the entry of this Order.

7  SO ORDERED this 1st day of March, 2006.

*/s/ John C. Coughenour*
UNITED STATES DISTRICT JUDGE

Presented by:

   /s/ Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-2242; 206-553-6934 (fax)
Richard.E.Cohen@usdoj.gov

ORDER AMENDING PRELIMINARY ORDER OF FORFEITURE
RE: HOODSPORT PROPERTY2
CR02-0423

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970